**No. 62720.**—Linread Products, Inc., et al. *v.* United States, protests 324387–K, etc. (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of Tutch latches the same in all material respects as those the subject of *Linread Products, Inc.* v. *United States* (39 Cust. Ct. 262, C.D. 1939), the claim of the plaintiffs was sustained.

JANUARY 29, 1959

**No. 62721.**—SUIT 4941.—United States *v.* Curley-Bates Co.——C.D. 1916 affirmed November 5, 1958.   C.A.D. 688.

BEFORE THE SECOND DIVISION, FEBRUARY 5, 1959

**No. 62722.**—W. C. Sullivan & Company *v.* United States, protest 306866–K/8740 (Chicago).

Opinion by LAWRENCE, J.   In accordance with oral stipulation of counsel that the photo frames in issue are household utensils, composed in chief value of brass, not plated with platinum, gold, or silver, the claim of the plaintiff was sustained.